## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

                                                     JUDGMENT IN A CIVIL CASE

      Plaintiff,

                                                     15-cv-522-jdp

v.

KIMBERLY RICHARDSON,
MS. KELNHOFER, MR. CHAUSE and
MR. STEINKE,

      Defendants.

---

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                   1/7/2016

Peter Oppeneer, Clerk of Court                     Date